UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD J. HOLLEMAN,        ) | |
| ) | |
| Petitioner,        ) | |
| ) | CIVIL ACTION NO. |
| VS.        ) | |
| ) | 3:05-CV-1712-G |
| DOUGLAS DRETKE, Director, Texas        ) | |
| Department of Criminal Justice,        ) | **ECF** |
| Correctional Institutions Division,        ) | |
| ) | |
| Respondent.        ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 3, 2006.

_____
A. JOE FISH
CHIEF JUDGE